SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Sean_Kennedy@fd.org)
BRIANNA J. FULLER (No. 243641)
Deputy Federal Public Defender
(Brianna_Fuller@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4784
Facsimile (213) 894-0081

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YANNDELL CRESPO, | No. CV 11-4062 TJH (PLA) |
| Petitioner, | DHS Case No.: A98 958 194 |
| v. | ORDER DISMISSING HABEAS PETITION |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security; ERIC HOLDER, Attorney General of the United States; TREY LUND, Los Angeles Field Office Director, Bureau of Immigration and Customs Enforcement | |
| Respondents. | |

IT IS HEREBY ORDERED that the habeas petition in the above entitled case

/

/

/

/

/

/

/

be dismissed without prejudice.

RECOMMENDED BY:

DATED: June 15, 2011

_____
HON. PAUL L. ABRAMS
United States Magistrate Judge

ORDERED BY:

DATED: June 27, 2011

_____
HON. TERRY J. HATTER, JR.
Senior United States District Judge

Presented by:

*S/ Brianna J. Fuller*
BRIANNA J. FULLER
Deputy Federal Public Defender